Admitted to Practice as Official Examiner of Titles: Walter Clifford Hurd, of Buffalo.

In the Matter of the Examination of Joseph Dunfee, Judgment Debtor, Respondent, in Proceedings Supplementary to Execution, upon the Application of Frank Hasbrouck, Superintendent of Insurance and as Receiver of the Empire State Surety Company, Appellant, etc.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Cady, County Judge. (Reported in 94 Misc. Rep. 628.) All concurred.

Bertha Butler, Respondent, v. Mutual Life Insurance Company of New York, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and Merrell, JJ., who dissented.

Edward Lynn, Respondent, v. Florence A. Agnew, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concurred.

Jedediah P. Edgerton, Appellant, v. New York State Railways, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the question of the plaintiff's contributory negligence, as well as that of the defendant's negligence, was a question of fact for the jury. All concurred, except Foote, J., who dissented, and De Angelis, J., not voting.

Jacob C. Weber, Appellant, v. Erie Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Edward A. Eames and Others, Respondents, v. Buffalo and Williamsville Electric Railway Company, Appellant.— Judgment affirmed, with costs. All concurred.

John A. Miller and Others, Respondents, v. Buffalo and Williamsville Electric Railway Company, Appellant.— Judgment affirmed, with costs. All concurred.

Mary J. Dumas, Appellant, v. James E. Martin, Respondent.— Judgment and orders affirmed, with costs. All concurred.

Byron D. Willoughby, Respondent, v. Brotherhood of Locomotive Firemen and Enginemen, Appellant.— Judgment modified by deducting therefrom the sum of $679.75, and as so modified affirmed, together with the order, with costs to the respondent. All concurred.

Peter Theodorakos, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

David Warren, Appellant, v. Herbert Kleis, Respondent.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application for a Resubmission to the Electors of the Town of Wayland of the Question of Local Option under the Liquor Tax Law.* Frank M. Butterfield and Others, Appellants; Commissioners of Elections of Steuben County and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Hazel L. Wood, Appellant, v. Mary J. Bird, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

* See Consol. Laws, chap. 34 (Laws of 1909, chap. 39), § 13, as amd. by Laws of 1910, chap. 485. — [REP.